IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY MOORE,

    Plaintiff,

v.                                      No. 23-CV-15-MIS-KRS

BRANDON ALBERI, *et al*,

    Defendant.

## ORDER TO CURE DEFICIENCIES

    This matter is before the Court on Plaintiff's handwritten letter complaint seeking to assert claims under 42 U.S.C. § 1983 (Doc. 1) (Letter). Plaintiff is detained at the Curry County Detention Center and is proceeding *pro se.* The Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis* on January 6, 2023. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between July 6, 2022 and January 6, 2023. The failure to timely comply with both directives may result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions between July 6, 2022 and January 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE